JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BRENDA LEE DEMING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN O' MALLEY,[1]<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>　　　　Defendant. | Case No. 5:23-cv-1649-DTB<br><br><br>**J U D G M E N T** |

　　In accordance with the Order Affirming Decision of Commissioner filed herewith,

　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

Dated: August 12, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DAVID T. BRISTOW
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1